## AFFIDAVIT OF SERVICE

**STATE OF CONNECTICUT**
                    **SS LAKEVILLE**                    February 15, 2017
**COUNTY OF LITCHFIELD**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**ARAUJO, ET AL    VS.    MACAIRE**

Service of **COMPLAINT, SUMMONS IN A CIVIL ACTION, and ELECTRONIC CASE FILING RULES AND INSTRUCTIONS**

I, EDMUND J. RICE, State Marshal for Litchfield County, Connecticut, being duly sworn, deposes and states:

1. This Affidavit is made of my own personal knowledge and actions.

2. I am not a party to this action. I am over 18 years of age.

3. I was sent the above referenced service and requested to serve in hand upon the defendant, **ERIC MACAIRE**. On Thursday 2-9-17 I went to the defendant's home and spoke with his wife. I was informed that the defendant was not home. I asked the defendant's wife to contact the defendant so I could speak with him to set a time for service. She refused. I left my business card for the defendant's phone number to call me and set an appointment for service.

3. On Wednesday, February 15, 2017, after 2 more attempts at service, and after not receiving any communication from the defendant, I served the Complaint, Summons, and Electronic Case Filing Rules and Instructions by leaving a True and Attested copy at the usual place of abode of the Defendant, **ERIC MACAIRE,** at 149 Wells Hill Road, Lakeville, Connecticut.

Subscribed and sworn to before me this 2ND day of March 2017.

EDMUND J. RICE
STATE MARSHAL
LITCHFIELD COUNTY

Heather Abraham
NOTARY PUBLIC
State of Connecticut
My Commission Expires 1/31/2018

NOTARY PUBLIC                               MY COMMISSION EXPIRES

PRINTED NAME