## KELLNER HERLIHY GETTY & FRIEDMAN, LLP

470 PARK AVENUE SOUTH, 7th FLOOR

NEW YORK, NEW YORK 10016

DOUGLAS A. KELLNER
CAROL ANNE HERLIHY
EUGENE F. GETTY
ALAN M. FRIEDMAN
JEANNE-MARIE WILLIAMS
THOMAS VANDENABEELE ◊

CHARLES E. KRAUSCHE II °
NAZY MODIRI °
OLGA V. PETROVSKY °
TAMARA P. SALZMAN
GREGORY LISS
YEKATERINA DESYATNIKOVA

TELEPHONE: (212) 889-2121
FACSIMILE: (212) 684-6224
tv@khgflaw.com

COUNSEL
MICHAEL H. SINGER
ROBERT P. MCGREEVY

° ALSO MEMBER NEW JERSEY BAR
◊ ALSO LICENSED IN FRANCE

March 9, 2017

Hon. Paul A. Engelmayer
United States District Judge
40 Foley Square, Room 2201
New York, New York 10007

Ilda Araujo, et al. v. Eric Macaire  16-cv-09934 (PAE)

Dear Judge Engelmayer:

    We represent the plaintiffs. We are responding to defendant Eric Macaire's letter requesting a thirty-day extension to file an answer. In deciding this application, this Court should consider the following additional facts that defendant failed to disclose.

    Mr. Macaire has known about the lawsuit for two and a half months. On December 28, 2016, I emailed a copy of the complaint to Michael Driscoll of the law firm Marin/Goodman, LLP, who does not represent Mr. Macaire in this lawsuit, but continues to represent Mr. Macaire on other matters.

    In addition, after Mr. Driscoll told me he could not accept service of the complaint on Mr. Macaire's behalf, we retained a Connecticut state marshal, who served Mr. Macaire in accordance with Connecticut law. In his affidavit of service (DE#8), Marshal Rice indicates that after he spoke to Mr. Macaire's wife at his home a month ago (on February 9, 2017) and left his business card with her and asked that Mr. Macaire call him to set an appointment for service, Mr. Macaire never contacted the marshal.

    Notwithstanding the foregoing and that Mr. Macaire waited until the very last day, we have no objection to a one-week extension.

Respectfully submitted,

Thomas Vandenabeele