```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3-9-17
```

March 8, 2017

Dear Judge Paul A. Engelmayer,

My name is Eric Macaire, I am the pro se defendant in case 1:16-cv-09934. I am writing to you to ask for a 30 day extension of time in order to file my answer in this case. The pro se office advised me to look up your specific rules for requests for adjournment and follow them exactly. Here is the information requested in your rules:

1. The case was filed against me on December 23, 2016. I was allegedly served on February 15, 2017. My answer is due today, March 8, 2017.

2. I have not previously asked for an extension.

3. As no extension was requested, neither was granted nor denied.

4. I am requesting this extension because I do not have legal counsel and I do not believe I was served properly or on the date plaintiffs claim I was. The papers I found in late February were sitting in a pile of snow on the ground outside my house. I need a little extra time to figure out how to answer plaintiffs' papers myself.

5. I contacted plaintiffs' counsel by telephone and email to request a 30 day extension, but he would only consent to one week *IF* I waived my objection about his service on me.

6. I do not know if there are any future appearances scheduled.

I do not know what a scheduling order is, but I will try to create one if the court wants me to do it.

Sincerely,

Eric Macaire
ebmmac4@yahoo.com
Cell: 860-866-6485

3/9/17

Granted. The Court hereby extends the deadline for defendant to respond to the complaint to Friday, April 7, 2017. By separate order, the Court will refer this matter to Magistrate Judge Kevin N. Fox for general pretrial supervision.

The Clerk of Court is respectfully directed to mail a copy of this order to Mr. Macaire at his address, as alleged in the complaint: Eric Macaire, 149 Wells Hill Road, Lakeville, CT 06039.

**SO ORDERED:**

*Paul A. Engelmayer*

HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE