UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

Plaintiff,   Ilda Araujo, et al.

-v-

Defendant.   Eric Macaire

---------------------------------------------------------------x

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

16 Civ. 9934   (PAE) (KNF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3-9-17

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

☒ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☐ Specific Non-Dispositive Motion/Dispute:*
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

☐ Settlement*

☐ Inquest After Default/Damages Hearing

☐ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose: _____

☐ Habeas Corpus

☐ Social Security

☐ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion: _____

All such motions: _____

The Clerk of Court is respectfully directed to mail a copy of this order to defendant at his address, as alleged in the complaint: Eric Macaire, 149 Wells Hill Road, Lakeville, CT 06039.

*Do not check if already referred for general pretrial.

Dated  March 9, 2017

SO ORDERED:

Paul A. Engelmayer
United States District Judge