**EXHIBIT 13**

 

**Arnoff Storage Inc.**
*5979 N. Elm Avenue*
*Millerton, NY 12546*
**518-789-0110**

Invoice Date: **3/21/2016**
Invoice #: **16719**
Order #: **MIL-1129-10**
Customer #: **M2L017L**

| | |
|---|---|
| **Amount Due:** | **$201.00** |
| **Due Date:** | **4/20/2016** |
| **After 4/20/2016 pay:** | **$204.02** |
| **Amount Paid:** | **$** _____ |

**MacAire, Liz**
**P.O. Box 322**
**Salisbury, CT 06068**

*Remit To:*
Arnoff Storage Inc.
**5979 N. Elm Avenue**
**Millerton, NY 12546**
518-789-0110

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Please detach and return this portion with your payment. Thank you.

*Remit To:*

Invoice Date: **3/21/2016**     Arnoff Storage Inc.            Arnoff Storage Inc.
Invoice #: **16719**            **5979 N. Elm Avenue**         **5979 N. Elm Avenue**
Order #: **MIL-1129-10**        **Millerton, NY 12546**        **Millerton, NY 12546**
Customer #: **M2L017L**         518-789-0110                   518-789-0110

| **Shipper:** MacAire, Liz | **Salesperson:** | **Hauled Wt:** | **Miles:** |
|---|---|---|---|
| **From:** 149 Wells Hill Rd.<br>Lakeville, CT<br>United States of America | **To:** 10x20 Lkvle Self Stg.<br>United States of America | **Tariff:** Pok Local | |

| Item # | Description | Quantity | Quantity | Rate | Gross | Discount | Amount |
|---|---|---|---|---|---|---|---|
| **04/01/16-04/30/16 CC Invoices** | | | | | | | $201.00 |

| Item # | Description | Quantity | Quantity | Rate | Gross | Discount | Amount |
|---|---|---|---|---|---|---|---|
| 6010 | 04/01/16-04/30/16 Self Storage #17 | | 189.00 qty | $1.00 | | | $189.00 |
| 7028 | 04/01/16-04/30/16 CT Sales Tax | | 6.35 % | $189.00 | | | $12.00 |

| | |
|---|---|
| ***Amount Due:*** | **$201.00** |
| **Due Date:** | **4/20/2016** |
| **After 4/20/2016 pay:** | **$204.02** |

*Finance charges may be applied to any invoice not paid by the due date. To pay your invoice via ACH or credit card contact accounting@arnoff.com*