UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ILDA ARAUJO, LUC HOLIE, JUBILEE FIRST AVENUE CORPORATION,<br><br>                                         Plaintiffs,<br>                   v.<br><br>ERIC MACAIRE,<br><br>                                         Defendant. | ECF Case<br><br>16 Civ. 9934 (PAE) (KNF)<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that, on a date the Court shall designate, the undersigned, attorneys for defendant Eric Maciare ("Defendant"), will and hereby does, move the Honorable Paul A. Engelmayer, United States District Court Judge, presiding at the United District Court for the Southern District, Courtroom 1305, 40 Foley Square, New York, New York 10007, for an Order granting Defendant's motion to amend his answer to assert counterclaims against Plaintiffs Ilda Araujo, Luc Holie, and Jubilee First Avenue Corporation.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Defendant will rely upon the Declaration of Michael Driscoll and the Exhibits A-E attached thereto and a Memorandum of Law submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith and that oral argument is requested in the event there is Opposition to this Motion.

Dated:   July 12, 2017
             New York, New York

By: _____
MALAPERO & PRISCO, LLP
Michael J. Driscoll (MD5484)
185 Madison Avenue, 4th Floor
New York, New York 10016
(212) 661-7300
*mdriscoll@malaperoprisco.com*

*Counsel for Eric Macaire*