**EXHIBIT 3**




**Arnoff Storage Inc.**

*5979 N. Elm Avenue*
*Millerton, NY 12546*

**518-789-0110**

| | |
|---|---:|
| **Invoice Date:** 3/21/2016 | |
| **Invoice #:** 16719 | |
| **Order #:** MIL-1129-10 | |
| **Customer #:** M2L017L | |

| | |
|---|---:|
| **Amount Due:** | **$201.00** |
| **Due Date:** | 4/20/2016 |
| **After 4/20/2016 pay:** | $204.02 |
| **Amount Paid:** | $ _____ |

**MacAire, Liz**
**P.O. Box 322**
**Salisbury, CT 06068**

*Remit To:*

**Arnoff Storage Inc.**
**5979 N. Elm Avenue**
**Millerton, NY 12546**
518-789-0110

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Please detach and return this portion with your payment. Thank you.

*Remit To:*

| | | | |
|---|---|---|---|
| **Invoice Date:** 3/21/2016 | **Arnoff Storage Inc.** | **Arnoff Storage Inc.** | |
| **Invoice #:** 16719 | **5979 N. Elm Avenue** | **5979 N. Elm Avenue** | |
| **Order #:** MIL-1129-10 | **Millerton, NY 12546** | **Millerton, NY 12546** | |
| **Customer #:** M2L017L | 518-789-0110 | 518-789-0110 | |

| **Shipper:** MacAire, Jubilee  First Avenue Corp. | **Salesperson:** | **Hauled Wt:** | **Miles:** |
|---|---|---|---|
| **From:** 149 Wells Hill Rd.<br>Lakeville, CT<br>United States of America | **To:** 10x20 Lkvle Self Stg.<br>United States of America | **Tariff:** Pok Local | |

| Item # | Description | Quantity | Quantity | Rate | Gross | Discount | Amount |
|---|---|---|---|---|---|---|---:|
| **04/01/16-04/30/16 CC  Invoices** | | | | | | | $201.00 |
| Item # | Description | Quantity | Quantity | Rate | Gross | Discount | Amount |
| 6010 | 04/01/16-04/30/16 Self Storage #17 | | 189.00 qty | $1.00 | | | $189.00 |
| 7028 | 04/01/16-04/30/16 CT Sales Tax | | 6.35 % | $189.00 | | | $12.00 |

| | |
|---|---:|
| **Amount Due:** | **$201.00** |
| **Due Date:** | 4/20/2016 |
| **After 4/20/2016 pay:** | $204.02 |

*Finance charges may be applied to any invoice not paid by the due date.  To pay your invoice via ACH or credit card contact accounting@arnoff.com*