UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ILDA ARAUJO, LUC HOLIE, and JUBILEE FIRST AVENUE CORPORATION,

                Plaintiffs,

v.

ERIC MACAIRE,

                Defendant.

16 Civ. 9934 (PAE) (KNF)

ORDER

PAUL A. ENGELMAYER, District Judge:

At today's conference, the Court issued a bench decision that resolved plaintiffs' and defendant's motions *in limine*. The Clerk of Court is respectfully directed to terminate the motions pending at dockets 155, 156, 157, and 160.

SO ORDERED.

_____
Paul A. Engelmayer
United States District Judge

Dated: September 2, 2020
      New York, New York